IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:09cv146

| | |
|---|---|
| AMY SHOOK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| TRIDENT DATACOM ) | |
| TECHNOLOGIES, INC. d/b/a ) | |
| TRIDENT MICRO SYSTEMS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on the Mediator's report advising that the case has settled. [Doc. 16].

The Court will allow the parties until **January 11, 2010** to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal on or before **January 11, 2010**.

Signed: December 11, 2009

Martin Reidinger
United States District Judge